**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

2013-5075

LAKEYSHA ISAAC,

                Petitioner-Appellant,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

                Respondent-Appellee.

Appeal from the United States Court of Federal Claims in No. 08-VV-0601, Judge Marian Blank Horn.

Authorized Abbreviated Caption[2]

LAKEYSHA ISAAC v HHS, 2013-5075

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.